Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendants,
*Albertson's LLC and
Albertson's Companies*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH JONES-COOKS,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC dba ALBERTSON'S 46, aka ALBERTSON'S #6046; ALBERTSON'S COMPANIES LLC dba ALBERTSON'S 46, aka ALBERTSON'S #6046; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No.　2:18-cv-01708-JAD-VCF<br><br>**STIPULATION AND ORDER TO REMAND ACTION PURSUANT TO 28 U.S.C. § 1447**<br><br>ECF No. 6 |

IT IS HEREBY STIPULATED by and among Plaintiff DEBORAH JONES-COOK, by and through her attorney of record, SEEGMILLER & ASSOCIATES, and Defendants ALBERTSON'S LLC and ALBERTSON'S COMPANIES, by and through their attorney of record, BACKUS, CARRANZA & BURDEN, that the total value of damages in this action does not exceed this Court's requisite amount of seventy-five thousand dollars and no cents ($75,000.00) necessary to maintain subject matter jurisdiction in this Court; thus, the case shall be REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all further proceedings.

IT IS FURTHER STIPULATED that Plaintiff waives any right to collect recovery of any monies above and beyond seventy-five thousand dollars and no cents ($75,000.00), exclusive of any interest, fees, and/or costs she may be entitled to, in this action against Defendants resulting from the incident that gives rise to this litigation.

Approved as to Form and Content.

**BACKUS, CARRANZA & BURDEN**

By: ___/s/jack P. Burden___
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendants
*Albertson's LLC and*
*Albertson's Companies*

**SEEGMILLER & ASSOCIATES**

By: ___/s/ Clark Seegmiller___
Clark Seegmiller, Esq.
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Plaintiff
*Deborah Jones-Cook*

## ORDER

Based on the parties' stipulation **[ECF No. 6]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS **REMANDED** back to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-777599-C, Department 20. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 7, 2018

Respectfully Submitted,
**BACKUS, CARRANZA & BURDEN**

By: ___/s/ Jack P. Burden___
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendants
*Albertson's LLC and*
*Albertson's Companies*